**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

```
FILED
JUN 2 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY
```

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

MIGUEL ANGEL AVILA-QUEZADA,

                    Defendant.

CASE NO. 08CR1642-W

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of: 8 USC 1326(a)&(b).

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/23/08

                            _____
                            Thomas J. Whelan
                            UNITED STATES DISTRICT JUDGE