# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER **08CR1642W** |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. **08299298** |
| **Miguel Angel Avila-Quezada** | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **6-23-08**
the Court entered the following order:

**X** Defendant be released from custody. **(ON THIS CASE ONLY)**

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

**X** Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

**X** Other. **NEW CASE ATTACHED.**

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR. Clerk
by _C. Trimble_
Deputy Clerk

Received _MK_
DUSM

Crim-9  (Rev 6-95)                              ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY