**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED JUN 24 2008

FILED JUN 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br> vs. <br><br> MIGUEL ANGEL AVILA-QUEZADA, <br><br>     Defendant. | CASE NO. 08CR1642-W <br><br> **JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of: 8 USC 1326(a) & (b).

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/23/08

_____
Thomas J. Whelan
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal on 6-23-08
United States Marshal
By: _____
USMS Criminal Section